The UNITED STATES of America, for the Use and Benefit of Thomas D. SLIGH and M. L. Shaw, Partners, d/b/a Sligh Plumbing & Heating Company, Plaintiff-Appellee,

v.

FULLERTON CONSTRUCTION COMPANY and Continental Casualty Company, Defendants-Appellants.

No. 12885.

United States Court of Appeals
Fourth Circuit.

Feb. 13, 1969.

Michael H. Quinn, Columbia, S. C. (Fulmer, Barnes, Berry & Austin, Columbia, S. C., on brief), for appellants.

Edgar L. Morris, Columbia, S. C., for appellee.

Before SOBELOFF, BRYAN and CRAVEN, Circuit Judges.

PER CURIAM:

We affirm on the opinion of the district judge. D.C., 296 F.Supp. 518.

Affirmed.

Robert Edward HAUSMANN, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 23522.

United States Court of Appeals
Fifth Circuit.

Feb. 25, 1969.

Paul Frederick Rothstein, Joel J. Finer, Austin, Tex., for appellant.

Jamie C. Boyd, Asst. U. S. Atty., Harry Lee Hudspeth, Asst. U. S. Atty., El Paso, Tex., for appellee.

Before BELL and GODBOLD, Circuit Judges, and NOEL, District Judge.

PER CURIAM:

The Judgment of the District Court is reversed. The case is remanded for a new trial in light of Blake v. United States, 5 Cir., 1969, 407 F.2d 908 (en banc).